UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **ITI HOLDINGS, INC.,** )<br>)<br>**Plaintiff** )<br>)<br>v. )<br>)<br>**PROFESSIONAL SCUBA** )<br>**ASSOCIATION, INC., et al,** )<br>)<br>**Defendants** ) | Civil No.   05-184-P-S |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 63) filed March 30, 2007, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the motion for Attorney Fees (Docket No. 47), as amended (Docket No. 62), be **GRANTED** as to defendants Michael Ange and Joseph Keiser in the amount of $8,000.00 and otherwise **DENIED** as to remaining Defendants. In addition, the request for an award of costs to all moving Defendants, Michael Ange, Tools for Diving Education, Inc, and Joseph Keiser, will be addressed by the clerk of this court.

　　　　　　　　　　　　　　　　　　　　　　　　  /s/ George Z. Singal
　　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge

Dated this 19th day of April, 2007.